United States Courts
Southern District of Texas
FILED
FEB 17 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-34507 |
| ROSSLYN2016 LLC, *et al.*, | § | Chapter 7 |
| Debtors.[1] | § | (Jointly Administered) |
| FERCAN E. KALKAN, Individually and Pro Se, | § | Adv. No. 26-03048 |
| Plaintiff. | § | |
| v. | § | Removed from: 164th Judicial District Court Harris County, Texas Cause No: 2026-03837 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC, and TL-I, LLC | § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Plaintiff Dr. Fercan E. Kalkan ("Plaintiff"), appearing individually and pro se, hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, and respectfully states as follows:

[1] The Debtors in these Chapter 11 cases (collectively, the "Debtors"), together with the last four digits of each of the Debtors' federal tax identification numbers, are: Texas Esencia 2019 LLC (6173); Rosslyn2016 LLC (8187); and Timbers2020 LLC (8914). The Debtors' service address is 8600 Woodway Drive, Houston, Texas 77063.

## I. PROCEDURAL BACKGROUND

1. On January 20, 2026, Plaintiff filed his Original Petition in the 164th Judicial District Court of Harris County, Texas, styled *Dr. Fercan E. Kalkan v. Morgan Stanley Mortgage Capital Holdings LLC and TL-I, LLC*, Cause No. 2026-03837 (the "State Court Action").

2. On February 13, 2026, the Morgan Stanley Mortgage Capital Holdings LLC filed a Notice of Removal, removing the State Court Action to this Court as Adversary Proceeding No. 26-03048, related to *In re Rosslyn2016 LLC, et al.*, Case No. 25-34507 (the "Bankruptcy Case").

3. As of the date of this filing, no Defendant has served an answer, motion for summary judgment, or any other responsive pleading in this adversary proceeding.

## II. AUTHORITY FOR VOLUNTARY DISMISSAL

4. Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, provides:

> *"[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."*

5. Because no Defendant has served an answer or a motion for summary judgment in this adversary proceeding, Plaintiff is entitled to dismiss this action as of right, without the need for a court order. *See Harvey Specialty & Supply, Inc. v. Anson Flowline Equip., Inc.*, 434 F.3d 320, 321 (5th Cir. 2005) (confirming that a Rule 41(a)(1) dismissal is self-executing and effective immediately upon filing); *see also Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) ("A Rule 41(a)(1)(A)(i) notice of dismissal is effective immediately upon filing; no court action or approval is required.").

6. Under Rule 41(a)(1)(B), "[u]nless the notice . . . states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). This is Plaintiff's first voluntary dismissal of the claims asserted herein; accordingly, no "two-dismissal rule" applies, and this dismissal does not operate as an adjudication on the merits.

## III.
## NOTICE OF DISMISSAL

7. WHEREFORE, Plaintiff Dr. Fercan E. Kalkan hereby voluntarily dismisses, without prejudice, all claims and causes of action asserted in this adversary proceeding against all Defendants, including Morgan Stanley Mortgage Capital Holdings LLC and TL-I, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Federal Rule of Bankruptcy Procedure 7041.

8. This dismissal is effective immediately upon filing and is self-executing. No court order is required. *See Harvey Specialty & Supply, Inc.*, 434 F.3d at 321.

9. Plaintiff reserves all rights, claims, and causes of action that may be asserted in a subsequent proceeding in the appropriate forum, consistent with applicable law.

## IV. EFFECT ON STATE COURT ACTION

10. Upon the effectiveness of this voluntary dismissal, the underlying State Court Action (Cause No. 2026-03837 in the 164th Judicial District Court of Harris County, Texas) from which this adversary proceeding was removed is likewise dismissed. Under well-settled law, when a removed case is dismissed in its entirety in federal court, the case is terminated and there is nothing to remand. *See Caterpillar Inc. v. Lewis*, 519 U.S. 61, 77 (1996).

11. Plaintiff will file a copy of this Notice with the 164th Judicial District Court of Harris County, Texas, to inform that court of the dismissal of the underlying State Court Action.

Respectfully submitted,

_/s/ Fercan E. Kalkan_
DR. FERCAN E. KALKAN
Pro Se Plaintiff
143 Manor Lake Estates Dr.
Spring, TX 77379
Telephone: (281) 770-3113
Email: Kalkan1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served on the following parties by electronic filing through the Court's CM/ECF system and/or by first-class mail and email:

**Counsel for Morgan Stanley Mortgage Capital Holdings LLC:**

Matthew T. Ferris
Garrett S. Martin
David Trausch
Imaan Patel
HAYNES AND BOONE, LLP
2801 N. Harwood St., Suite 2300
Dallas, TX 75201
Email: matt.ferris@haynesboone.com
— and —
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Email: garrett.martin@haynesboone.com
Email: david.trausch@haynesboone.com
Email: imaan.patel@haynesboone.com

**Chapter 7 Trustee's Counsel:**

Aaron J. Power
1000 Main Street, 36th Floor
Houston, Texas 77002

**Debtors' Counsel:**

Allison D. Byman
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581

*/s/ Fercan E. Kalkan*
DR. FERCAN E. KALKAN
Pro Se